UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERVIN PORTER JOHNSON,

        Petitioner,

v.                                                    Case No. 07-12783
                                                      Honorable Patrick J. Duggan

ERIC BALCARCEL,

        Respondent.
_____/

## JUDGMENT

Petitioner, a Michigan prisoner, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2004 conviction in the Circuit Court for Wayne County, Michigan. In an Opinion and Order entered on this date, the Court found no merit to Petitioner's grounds for habeas corpus relief and denied Petitioner's application.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for habeas relief pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Ervin Porter Johnson, #336432
Pine River Correctional Facility
320 N. Hubbard
St. Louis, MI 48880

AAG Laura A. Cook
Magistrate Judge Paul J. Komives